# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ROBERT GLEN COLEMAN (# 494656)**            **CIVIL ACTION NO.**

**VERSUS**            **19-395-JWD-EWD**

**JAMES LeBLANC, ET AL.**

## ORDER

Before the Court is a document filed by the *pro se* Plaintiff, Robert Glen Coleman ("Plaintiff"), that this Court construes as a Motion for Defendants to Disclose the Last Known Addresses of Marcus Pickens and Robert Bellamy ("Motion").[1] On July 26, 2019, the United States Marshal Service was ordered to serve defendants wherever found.[2] Service was attempted, but not accepted for defendants Marcus Pickens ("Pickens") and Robert Bellamy ("Bellamy").[3] Plaintiff filed this Motion on October 10, 2019 advising that he believes Bellamy is still employed at Angola and that two service attempts have been made on Pickens and Bellamy. As Plaintiff has been diligent in bringing to the court's attention the issues with service on Pickens and Bellamy,

**IT IS ORDERED** that the Motion[4] is **GRANTED.** By no later than December 13, 2019, Defendants who have appeared in this case[5] shall file the last known address of Defendants Marcus Pickens and Robert Bellamy under seal.

**IT IS FURTHER ORDERED** that Plaintiff shall have an additional 45 days to effect service upon Defendants Marcus Pickens and Robert Bellamy. The Clerk of Court shall issue a

---

[1] R. Doc. 11. Pro se pleadings are held to less stringent standards than formal pleadings drafted by lawyers. Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007) (citations omitted).
[2] R. Doc. 4.
[3] R. Doc. 6.
[4] R. Doc. 11.
[5] These Defendants include James LeBlanc, Darrel Vannoy, Jimmy Smith, Carl Delaney, Joseph Lamartiniere, and Curtis Greene.

summons for Marcus Pickens and Robert Bellamy and the United States Marshals Service shall serve Marcus Pickens and Robert Bellamy, wherever found.

**IT IS FURTHER ORDERED** that, upon the conclusion of the proceedings in this case, any documents filed under seal containing the last known address of Defendants Marcus Pickens and Robert Bellamy shall be destroyed.

Signed in Baton Rouge, Louisiana, on December 6, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**