UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT GLEN COLEMAN (#494656)**

**VERSUS**

**JAMES LeBLANC, ET AL.**

CIVIL ACTION

NO.   19-395-JWD-SDJ

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2020 (Doc. 23), to which an objection was filed (Doc. 24);

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction with respect to Plaintiff's potential state law claims, that the Motion to Dismiss (Doc. 9) is GRANTED IN PART AND DENIED IN PART, and Coleman's claims arising from his conditions of confinement, as well as all claims against James LeBlanc, Darrel Vannoy, Jimmy Smith, Carl Delaney, and Joseph Lamartiniere are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Coleman's claim for failure to protect against Curtis Greene, claims for monetary relief against Curtis Greene, in his official capacity, and claims for injunctive relief against Greene are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Coleman's claim for failure to protect against Marcus Pickens and Robert Beverly, claims for monetary relief against Pickens and Beverly, in their official capacities, and claims for injunctive relief against Pickens and Beverly are DISMISSED WITH PREJUDICE, sua sponte.

**IT IS FURTHER ORDERED** that this matter is referred back to the magistrate judge for further proceedings on Coleman's remaining claims; i.e., his claim for monetary relief against Marcus Pickens, Curtis Greene, and Robert Beverly, in their individual capacities, for failure to intervene in the incident occurring on January 26, 2018.

Signed in Baton Rouge, Louisiana, on <u>August 12, 2020</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**